COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Rita Lemons v. Betty J. Garmond, Mamie Bright, Justin Thomas, and Jacqueline R. Woodward

Appellate case number:     01-15-00570-CV

Trial court case number:    14-DCV-213789

Trial court:                   240th District Court of Fort Bend County

Appellant, Rita Lemons, has filed a "Motion to Designate," requesting that "the following items are to be designated to be forwarded to the First Court of Appeals" and listing hearing transcripts and exhibits. Appellant, without necessity of an order from this Court, may make a written request to the court reporter that the court reporter prepare a reporter's record for appeal. *See* TEX. R. APP. P. 34.6(b)(1), (2). Accordingly, we dismiss as moot appellant's motion.

It is so ORDERED.

Judge's signature:_/s/ Terry Jennings
                    ☒  Acting individually

Date: September 1, 2015